

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

March 25, 1957.

Honorable A. C. Spencer,
Executive Director,
Texas State Soil Conservation Board,
1012 First National Bank Building,
Temple, Texas.

Opinion No. WW-79

Re: Authority of the Com-
missioners' Court of a
County to pay the sal-
aries of a secretary
and business manager
for a Soil Conservation

Dear Mr. Spencer:                    District.

You have requested an opinion on the following
question:

"Is it legal for the Commissioners'
Court of a County to use County funds to pay
part or all of the cost involved in providing
a secretary or business manager for a soil
conservation district?"

The Commissioners'Court is a court of limited juris-
diction and has only such powers as are conferred upon it
either by express terms or by necessary implication. Childress
County v. State, 127 Tex. 343, 92 S. W. 2d 1011 (1936); Von
Rosenberg v. Lovett, 173 S. W. 508 (Tex. Civ. App. 1915); Hill
v. Sterrett, 252 S. W. 2d 766 (Tex. Civ. App. 1952, error ref.,
n.r.e.).

We have carefully examined the provisions of Article
165a-4, Vernon's Civil Statutes (State Soil Conservation Law)
and have failed to find any provision which would authorize
the Commissioners' Court of the county to expend county funds
for the purpose of providing a secretary or business manager
for a soil conservation district.  On the contrary, Section 6
authorized soil conservation supervisors to "employ such offi-
cers, agents, and employees, permanent and temporary, as they
may require, and shall determine their qualifications, duties,
and compensation."

Likewise, we have examined the provisions relative to the powers of the Commissioners' Court and have failed to find any statute which would authorize the county to expend county funds for the purpose mentioned in your request.  In view of the foregoing, you are advised that the Commissioners' Court of a county is not authorized to use county funds to pay for the cost involved in providing a secretary or business manager for a soil conservation district.

## SUMMARY

The Commissioners' Court of a county is not authorized to use county funds to pay for the cost involved in providing a secretary or business manager for a Soil Conservation District.

Very truly yours,

WILL WILSON
Attorney General

By John Reeves
John Reeves
Assistant

JR:F:rh

APPROVED:

OPINION COMMITTEE
H. Grady Chandler, Chairman